UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------v

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/13
```

NICOLE C. NICEFORO,                          :

              Plaintiff,            :      **ORDER**

      - against -                               :      12 Civ. 00033 (KPF) (FM)

UBS GLOBAL ASSET MANAGEMENT      :
AMERICAS, INC.,

                                               :

              Defendant.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the telephone conference held on July 26, 2013, it is hereby ORDERED that by August 16, 2013, Plaintiff shall submit for my in camera review the contents of her Facebook page from June 1, 2011, through December 31, 2011. Prior to her submission, Plaintiff shall highlight any material therein that she concedes relates to her emotional state and activities while on leave and shortly before and after her termination. Depositions shall be adjourned until after the Court has had an opportunity to rule on Plaintiff's submission.

      SO ORDERED.

Dated:    New York, New York
            July 29, 2013

                                                       _____
                                                         FRANK MAAS
                                               United States Magistrate Judge

Copies to:

All Counsel via ECF