UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

NICOLE C. NICEFORO,                       :

                Plaintiff,      :      **DISCOVERY ORDER**

    -against-                           :      12 Civ. 0033 (KPF) (FM)
                                              12 Civ. 4830 (KPF) (FM)

UBS GLOBAL ASSET MANAGEMENT :
AMERICAS INC.,
                                        :
                Defendant.
------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       Although opposing counsel does not appear to have been copied on the cover letter, Ms. Niceforo's counsel sent me the download of her Facebook account by letter dated August 15, 2013. I have reviewed that printout, which, apart from the "Hallelujah" remark, contains virtually nothing that is likely to be the topic of much discussion at Ms. Niceforo's deposition. Counsel has identified most of the excerpts that are relevant to Ms. Niceforo's activities and emotional state during the period from June 1 through December 31, 2011. I hereby direct that those excerpts and (out of an excess of caution) the following additional excerpts be produced to opposing counsel by September 6, 2013:

| Month | Page | Excerpt |
|---|---|---|
| July | 6 | Final entry (and date stamp) |
|  | 24 | First entry (and the date stamp on page 22) |
| August | 8 | Middle entry and date stamp below it |

| | | |
|---|---|---|
| November | 51 | First entry and date stamp. |

I trust that depositions will now be scheduled expeditiously

SO ORDERED.

Dated:   New York, New York
         August 27, 2013

                                    _____
                                    /FRANK MAAS
                                    United States Magistrate Judge

Copies to:

Hon. Katherine B. Forrest
United States District Judge

Counsel via ECF